In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00307-CV
_____

ROYCE PERKINS, Appellant

V.

JESUS PENA, Appellee

_____

On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-199,020

_____

MEMORANDUM OPINION

The appellant, Royce Perkins, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

                                           _____

STEVE McKEITHEN
Chief Justice

Submitted on September 26, 2018
Opinion Delivered September 27, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.